Robert H. James, Plaintiff-Appellant, v. Bank of Highland Park and Marvin Holland, Defendants-Appellees.

Gen. No. 51,093. 

First District, Second Division.

April 11, 1967.

William Parker Ward, of Chicago, for appellant; Neil K. Quinn and Pretzel, Stouffer, Nolan & Rooney, of Chicago (Joseph B. Lederleitner, of counsel), for appellee, Bank of Highland Park; Berger, Newmark & Fenchel, of Chicago

(Harry D. Lavery, of counsel), for appellee, Marvin Holland. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.